IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:06cv990

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DIANE FINN, | ) ) |
| Defendant. | ) |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

.Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the twelve sound recordings listed in Exhibit A to the Complaint. Accordingly, having been judged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Nine Thousand Dollars ($9,000.00).

1. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred and Twenty Dollars ($420.00).

1

2. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Who Will Save Your Soul," on album "Pieces of You," by artist "Jewel" (SR# 198-481);
- "Farmhouse," on album "Farmhouse," by artist "Phish" (SR# 281-388);
- "Material Girl," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);
- "Comfortably Numb," on album "The Wall," by artist "Pink Floyd" (SR# 14-787);
- "We Didn't Start the Fire," on album "Storm Front," by artist "Billy Joel" (SR# 109-420);
- "Total Eclipse of the Heart," on album "Faster than the Speed of Night," by artist "Bonnie Tyler" (SR# 50-641);
- "All By Myself," on album "Falling Into You," by artist "Celine Dion" (SR# 224-159);
- "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);
- "Rock With You," on album "Off The Wall," by artist "Michael Jackson" (SR# 11-120);
- "Angel," on album "Everyday," by artist "Dave Matthews Band" (SR# 300-313);
- "Ants Marching," on album "Under the Table and Dreaming," by artist "Dave Matthews Band" (SR# 285-688);

- "Growing Pains," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

This the 23rd day of March, 2007.

_____
United States District Judge